UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/14
```

MARTHA PAULINO,

           Plaintiff,

-against-

CAROLYN W. COLVIN, Commissioner of
Social Security

           Respondent.

13 Civ. 3718 (AT) (AJP)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

ANALISA TORRES, District Judge:

    On May 30, 2013, *pro se* Plaintiff, Martha Paulino, filed this action pursuant to 42 U.S.C. § 405(g) challenging the final decision of Defendant, Commissioner of Social Security, to deny her Disability Insurance Benefits and Supplemental Security Income.  On August 2, 2013, the Court referred the matter to Magistrate Judge Andrew J. Peck.  On April 7, 2014, Defendant moved for a judgment on the pleadings.  Plaintiff did not file an opposition to the motion.

    After careful consideration, Judge Peck issued a Report and Recommendation ("R&R"), proposing that Defendant's motion for judgment on the pleadings be granted.  Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed.  *See* Fed. R. Civ. P. 72(b)(2).  When no objection is made, the Court reviews the R&R for clear error.  *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).  The Court finds no clear error.  Accordingly, the Court ADOPTS Judge Peck's R&R in its entirety.

    The Clerk of Court is directed to (1) terminate the motion at ECF No. 23; (2) close the case; and (3) mail a copy of this order to *pro se* Plaintiff.

    SO ORDERED.

Dated: July 29, 2014
       New York, New York

                              ANALISA TORRES
                          United States District Judge